AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

GLEN R. SLOMAN
Plaintiff

V.

TERRY L. MILLER    ET. AL
Defendant(s)

06 - 199

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, GLEN R. SLOMAN declare that I am the (check appropriate box)

[✓] Petitioner/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   •(Yes)   • •No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  SUSSEX CORRECTIONAL INSTITUTION

   **Inmate Identification Number (Required):** SBI #023536

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months transactions*

2. Are you currently employed?   • •Yes   •(No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    • • Yes    •(• No)
   b. Rent payments, interest or dividends              • • Yes    •(• No)
   c. Pensions, annuities or life insurance payments    • • Yes    •(• No)
   d. Disability or workers compensation payments       • • Yes    •(• No)
   e. Gifts or inheritances                             • • Yes    •(• No)
   f. Any other sources                                 • • Yes    •(• No)

   ✓ If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

FILED
MAR 27 2006
US DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   •(Yes)   • •No

   If "Yes" state the total amount $ 600.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes   •(No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.   NONE

I declare under penalty of perjury that the above information is true and correct.

3-16-06
DATE


SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Printed: 3/10/2006

**Average Daily Balance For Pauper Filing**
*For Days the Individual was in Residence at SCI from 9/1/2005 through 2/28/2006*

Page 1 of 4

SBI: *00023536*    NAME:    *SLOMAN, GLEN R*

| Date | Balance |
|---|---|
| 09/01/2005 | $58.50 |
| 09/02/2005 | $58.50 |
| 09/03/2005 | $58.50 |
| 09/04/2005 | $58.50 |
| 09/05/2005 | $58.50 |
| 09/06/2005 | $58.50 |
| 09/07/2005 | $39.32 |
| 09/08/2005 | $39.32 |
| 09/09/2005 | $39.32 |
| 09/10/2005 | $39.32 |
| 09/11/2005 | $39.32 |
| 09/12/2005 | $39.32 |
| 09/13/2005 | $39.32 |
| 09/14/2005 | $39.32 |
| 09/15/2005 | $39.32 |
| 09/16/2005 | $39.32 |
| 09/17/2005 | $39.32 |
| 09/18/2005 | $39.32 |
| 09/19/2005 | $39.32 |
| 09/20/2005 | $39.32 |
| 09/21/2005 | $39.32 |
| 09/22/2005 | $39.32 |
| 09/23/2005 | $39.32 |
| 09/24/2005 | $39.32 |
| 09/25/2005 | $39.32 |
| 09/26/2005 | $39.32 |
| 09/27/2005 | $39.32 |
| 09/28/2005 | $39.32 |
| 09/29/2005 | $39.32 |
| 09/30/2005 | $39.32 |
| 10/01/2005 | $39.32 |
| 10/02/2005 | $39.32 |
| 10/03/2005 | $64.32 |
| 10/04/2005 | $28.92 |
| 10/05/2005 | $28.92 |
| 10/06/2005 | $28.92 |
| 10/07/2005 | $28.92 |
| 10/08/2005 | $28.92 |
| 10/09/2005 | $28.92 |
| 10/10/2005 | $28.92 |
| 10/11/2005 | $28.92 |
| 10/12/2005 | $28.92 |
| 10/13/2005 | $28.92 |
| 10/14/2005 | $28.92 |
| 10/15/2005 | $28.92 |
| 10/16/2005 | $28.92 |
| 10/17/2005 | $28.92 |
| 10/18/2005 | $28.92 |

06 - 199



FILED MAR 27 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD Scanned

Printed: 3/10/2006  ***Average Daily Balance For Pauper Filing***  Page 2 of 4
*For Days the Individual was in Residence at SCI from 9/1/2005 through 2/28/2006*

*SBI: 00023536*  *NAME:*  *SLOMAN, GLEN R*

| Date | Balance |
|---|---|
| 10/19/2005 | $28.92 |
| 10/20/2005 | $28.92 |
| 10/21/2005 | $28.92 |
| 10/22/2005 | $28.92 |
| 10/23/2005 | $24.92 |
| 10/24/2005 | $24.92 |
| 10/25/2005 | $24.92 |
| 10/26/2005 | $24.92 |
| 10/27/2005 | $22.17 |
| 10/28/2005 | $22.17 |
| 10/29/2005 | $22.17 |
| 10/30/2005 | $22.17 |
| 10/31/2005 | $22.17 |
| 11/01/2005 | $22.17 |
| 11/02/2005 | $22.17 |
| 11/03/2005 | $22.17 |
| 11/04/2005 | $22.17 |
| 11/05/2005 | $22.17 |
| 11/06/2005 | $22.17 |
| 11/07/2005 | $22.17 |
| 11/08/2005 | $22.17 |
| 11/09/2005 | $22.17 |
| 11/10/2005 | $22.17 |
| 11/11/2005 | $22.17 |
| 11/12/2005 | $22.17 |
| 11/13/2005 | $22.17 |
| 11/14/2005 | $22.17 |
| 11/15/2005 | $22.17 |
| 11/16/2005 | $22.17 |
| 11/17/2005 | $22.17 |
| 11/18/2005 | $22.17 |
| 11/19/2005 | $22.17 |
| 11/20/2005 | $22.17 |
| 11/21/2005 | $22.17 |
| 11/22/2005 | $22.17 |
| 11/23/2005 | $22.17 |
| 11/24/2005 | $22.17 |
| 11/25/2005 | $22.17 |
| 11/26/2005 | $22.17 |
| 11/27/2005 | $22.17 |
| 11/28/2005 | $22.17 |
| 11/29/2005 | $20.17 |
| 11/30/2005 | $20.17 |
| 12/01/2005 | $20.17 |
| 12/02/2005 | $20.17 |
| 12/03/2005 | $20.17 |
| 12/04/2005 | $20.17 |
| 12/05/2005 | $20.17 |

Printed: 3/10/2006

### Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 9/1/2005 through 2/28/2006

Page 3 of 4

**SBI:** 00023536   **NAME:** SLOMAN, GLEN R

| Date | Balance |
|---|---|
| 12/06/2005 | $20.17 |
| 12/07/2005 | $20.17 |
| 12/08/2005 | $20.17 |
| 12/09/2005 | $20.17 |
| 12/10/2005 | $20.17 |
| 12/11/2005 | $20.17 |
| 12/12/2005 | $20.17 |
| 12/13/2005 | $3.22 |
| 12/14/2005 | $3.22 |
| 12/15/2005 | $3.22 |
| 12/16/2005 | $53.22 |
| 12/17/2005 | $53.22 |
| 12/18/2005 | $53.22 |
| 12/19/2005 | $53.22 |
| 12/20/2005 | $3.13 |
| 12/21/2005 | $3.13 |
| 12/22/2005 | $3.13 |
| 12/23/2005 | $3.13 |
| 12/24/2005 | $3.13 |
| 12/25/2005 | $3.13 |
| 12/26/2005 | $0.55 |
| 12/27/2005 | $0.00 |
| 12/28/2005 | $21.55 |
| 12/29/2005 | $21.55 |
| 12/30/2005 | $41.55 |
| 12/31/2005 | $41.55 |
| 01/01/2006 | $41.55 |
| 01/02/2006 | $41.55 |
| 01/03/2006 | $8.19 |
| 01/04/2006 | $8.19 |
| 01/05/2006 | $8.19 |
| 01/06/2006 | $8.19 |
| 01/07/2006 | $8.19 |
| 01/08/2006 | $8.19 |
| 01/09/2006 | $8.19 |
| 01/10/2006 | $160.35 |
| 01/11/2006 | $185.35 |
| 01/12/2006 | $185.35 |
| 01/13/2006 | $185.35 |
| 01/14/2006 | $185.35 |
| 01/15/2006 | $185.35 |
| 01/16/2006 | $185.35 |
| 01/17/2006 | $2.88 |
| 01/18/2006 | $2.88 |
| 01/19/2006 | $2.88 |
| 01/20/2006 | $2.88 |
| 01/21/2006 | $2.88 |
| 01/22/2006 | $2.88 |

Printed: 3/10/2006

*Average Daily Balance For Pauper Filing*
For Days the Individual was in Residence at SCI from 9/1/2005 through 2/28/2006

Page 4 of 4

SBI: 00023536     NAME:     SLOMAN, GLEN R

| Date | Balance |
|---|---|
| 01/23/2006 | $2.88 |
| 01/24/2006 | $0.17 |
| 01/25/2006 | $0.17 |
| 01/26/2006 | $0.17 |
| 01/27/2006 | $0.17 |
| 01/28/2006 | $0.17 |
| 01/29/2006 | $0.17 |
| 01/30/2006 | $0.17 |
| 01/31/2006 | $0.17 |
| 02/01/2006 | $0.17 |
| 02/02/2006 | $0.17 |
| 02/03/2006 | $0.17 |
| 02/04/2006 | $0.17 |
| 02/05/2006 | $0.17 |
| 02/06/2006 | $40.17 |
| 02/07/2006 | $12.88 |
| 02/08/2006 | $12.88 |
| 02/09/2006 | $12.88 |
| 02/10/2006 | $12.88 |
| 02/11/2006 | $12.88 |
| 02/12/2006 | $12.88 |
| 02/13/2006 | $12.88 |
| 02/14/2006 | $20.97 |
| 02/15/2006 | $20.97 |
| 02/16/2006 | $20.97 |
| 02/17/2006 | $20.97 |
| 02/18/2006 | $20.97 |
| 02/19/2006 | $20.97 |
| 02/20/2006 | $20.97 |
| 02/21/2006 | $0.24 |
| 02/22/2006 | $0.24 |
| 02/23/2006 | $0.24 |
| 02/24/2006 | $0.24 |
| 02/25/2006 | $0.24 |
| 02/26/2006 | $0.24 |
| 02/27/2006 | $0.24 |
| 02/28/2006 | $0.24 |

Summary for 'SBI' = 00023536 (181 detail records)

**Average Daily Balance:**     $28.64

## Prior Month -- Individual Statement

Date Printed: 3/10/2006                                                                                     Page 1 of 1

### For Month of September 2005

| SBI | Last Name | First Name | MI | Snffix | Beg Mth Balance: | $8.50 |
|---|---|---|---|---|---|---|
| 00023536 | SLOMAN | GLEN | R | | | |
| Curreut Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | GARY SLOMAN | 9/1/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $58.50 |
| Commissary | | 9/7/2005 | ($19.18) | $0.00 | $0.00 | $0.00 | $39.32 |
| Copies | | 9/30/2005 | $0.00 | $0.00 | ($1.50) | $0.00 | $39.32 |
| | | | | | Euding Mth Balance: | | $39.32 |

# Prior Month -- Individual Statement

Date Printed: 3/10/2006                                                                 Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Snffix | Beg Mth Balance: | $39.32 |
|---|---|---|---|---|---|---|
| 00023536 | SLOMAN | GLEN | R | | | |
| Current Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | GARY SLOMAN | 10/3/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $64.32 |
| Commissary | | 10/4/2005 | ($35.40) | $0.00 | $0.00 | $0.00 | $28.92 |
| Copies | | 10/21/2005 | $0.00 | $0.00 | ($1.25) | $0.00 | $28.92 |
| Medical No Sh | | 10/23/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $28.92 |
| Medical No Sh | | 10/23/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $24.92 |
| Copies | | 10/27/2005 | ($1.50) | $0.00 | $0.00 | $0.00 | $23.42 |
| Copies | | 10/27/2005 | ($1.25) | $0.00 | $0.00 | $0.00 | $22.17 |
| | | | | | | Ending Mth Balance: | $22.17 |

## Prior Month -- Individual Statement

Date Printed: 3/10/2006

Page 1 of 1

### For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $22.17 |
|---|---|---|---|---|---|---|---|
| 00023536 | SLOMAN | GLEN | R | | | | |
| Current Location: | MEDIUM A | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Copies | | 11/9/2005 | $0.00 | $0.00 | ($2.00) | $0.00 | $22.17 |
| Copies | | 11/29/2005 | ($2.00) | $0.00 | $0.00 | $0.00 | $20.17 |
| | | | | | Ending Mth Balance: | | $20.17 |

# Prior Month -- Individual Statement

Date Printed: 3/10/2006                                                      Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.17 |
|---|---|---|---|---|---|---|
| 00023536 | SLOMAN | GLEN | R | | | |
| Current Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 12/13/2005 | ($16.95) | $0.00 | $0.00 | $0.00 | $3.22 |
| Mail MO | GARY SLOMAN | 12/16/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $53.22 |
| Commissary | | 12/20/2005 | ($50.09) | $0.00 | $0.00 | $0.00 | $3.13 |
| Commissary | | 12/26/2005 | ($2.58) | $0.00 | $0.00 | $0.00 | $0.55 |
| Medical | | 12/27/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.55 |
| Medical | | 12/27/2005 | ($0.55) | ($3.45) | $0.00 | $0.00 | $0.00 |
| Medical | | 12/28/2005 | ($3.45) | $0.00 | $0.00 | $0.00 | ($3.45) |
| Mail MO | GERALD STEELE | 12/28/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $21.55 |
| Mail MO | DENNIS SLOMAN | 12/30/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $41.55 |
| | | | | | | Ending Mth Balance: | $41.55 |

# Prior Month -- Individual Statement

Date Printed: 3/10/2006                                                                                   Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $41.55 |
|---|---|---|---|---|---|---|
| 00023536 | SLOMAN | GLEN | R | | | |
| Current Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 1/3/2006 | ($33.36) | $0.00 | $0.00 | $0.00 | $8.19 |
| Mail MO | GARY D. SLOMAN | 1/10/2006 | $160.00 | $0.00 | $0.00 | $0.00 | $168.19 |
| Commissary | | 1/10/2006 | ($7.84) | $0.00 | $0.00 | $0.00 | $160.35 |
| Mail MO | MARY DIJOHN | 1/11/2006 | $25.00 | $0.00 | $0.00 | $0.00 | $185.35 |
| Commissary | | 1/17/2006 | ($182.47) | $0.00 | $0.00 | $0.00 | $2.88 |
| Commissary | | 1/24/2006 | ($2.71) | $0.00 | $0.00 | $0.00 | $0.17 |
| | | | | | | **Ending Mth Balance:** | **$0.17** |

# Prior Month -- Individual Statement

Date Printed: 3/10/2006                                                  Page 1 of 1

## For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.17 |
|---|---|---|---|---|---|---|
| 00023536 | SLOMAN | GLEN | R | | | |
| Current Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | GARY SLOMAN | 2/6/2006 | $40.00 | $0.00 | $0.00 | $0.00 | $40.17 |
| Commissary | | 2/7/2006 | ($27.29) | $0.00 | $0.00 | $0.00 | $12.88 |
| Mail MO | GARY SLOMAN | 2/14/2006 | $20.00 | $0.00 | $0.00 | $0.00 | $32.88 |
| Commissary | | 2/14/2006 | ($11.91) | $0.00 | $0.00 | $0.00 | $20.97 |
| Commissary | | 2/21/2006 | ($20.73) | $0.00 | $0.00 | $0.00 | $0.24 |
| | | | | | | Ending Mth Balance: | $0.24 |