☐ ORIGINAL

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) GLEN SLOMAN      #023536
<u>S.C.I.</u>(Name of Plaintiff)      (Inmate Number)
P.O. Box 500
GEORGETOWN, DE 19947
(Complete Address with zip code)

(2)_____
(Name of Plaintiff)      (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) RICK KEARNEY

(2) PAT DITTO

(3) TERRY MILLER
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:
:     0 6 -    1 9 9
:
:_____
:     (Case Number)
:     ( to be assigned by U.S. District Court)
:
:
:
:
:
:     **CIVIL  COMPLAINT**
:
:
:
:     • •  Jury Trial Requested  **F I L E D**
:
:
:     MAR 2 7 2006
:
:     U.S. DISTRICT COURT
:     DISTRICT OF DELAWARE
      scanned
      J FP

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

_____

_____

_____

(4) JAMES DEEL        (6) MELVIN HENNESSY

(5) NANCY THOMAS

(NAMES OF DEFENDANTS)

III   DEFENDANTS (IN ORDER LISTED ON THE CAPTION)

(4) NAME OF FOURTH DEFENDANT: JAMES DEEL

EMPLOYED AS COUNSELOR AT SUSSEX CORRECTIONAL INST.

MAIL ADDRESS WITH ZIP CODE: P.O. BOX 500

GEORGETOWN, DE 19947

(5) NAME OF FIFTH DEFENDANT: NANCY THOMAS

EMPLOYED AS COUNSELOR AT SUSSEX CORRECTIONAL INST,

MAIL ADDRESS WITH ZIP CODE: P.O. BOX 500

GEORGETOWN, DE 19947

(6) NAME OF SIXTH DEFENDANT: MELVIN HENNESSY

EMPLOYED AS LIEUTENANT c/o AT SUSSEX CORRECTIONAL INST.

MAIL ADDRESS WITH ZIP CODE: P.O. BOX 500

GEORGETOWN, DE 19947

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    •(•Yes) • • No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    (•Yes) • • No

C.    If your answer to "B" is Yes:

1.    What steps did you take?   FILED A GRIEVANCE AND WROTE

THE WARDEN

2.    What was the result?   GRIEVANCE RETURNED NON-GRIEVABLE

WARDEN TRIED TO JUSTIFY EMPLOYEES   ACTIONS

D.    If your answer to "B" is No, explain why not: _____

_____

## III.    DEFENDANTS (in order listed on the caption)

(1)  Name of first defendant:   RICK KEARNEY

Employed as  WARDEN    at  SUSSEX CORRECTIONAL INST.

Mailing address with zip code:  P.O. BOX 500

GEORGETOWN, DE. 19947

(2)  Name of second defendant:   PAT DITTO

Employed as TREATMENT SERVICES ADMIN.    at  SUSSEX CORRECTIONAL INST.

Mailing address with zip code:    P.O. BOX 500

GEORGETOWN, DE 19947

(3)  Name of third defendant:   TERRY MILLER

Employed as  COUNSELOR    at  SUSSEX CORRECTIONAL INST.

Mailing address with zip code:    P.O. BOX 500

GEORGETOWN, DE 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. <u>PLEASE REFER TO EXTRA SHEETS</u>
   <u>ATTACHED</u>

2.

3.

## V.   RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. <u>TO BE AWARDED FOR THE UNJUST SANCTION</u>
   <u>I SERVICED - $10,000 FOR THE 10 DAYS OF ISOLATED</u>
   <u>CONFINEMENT - $40,000 FOR THE 80 DAYS OF LOSS</u>
   <u>OF ALL PRIVILEGES</u>

3

IV. STATEMENT OF CLAIM

(1) - MY INCARCERATION BEGAN AT S.C.I. ON 8-19-05

(2) - 9-2-05, I WAS INFORMED BY COUNSELOR NANCY THOMAS & STAFF (I.C.B.) OF THEIR CLASSIFICATION RECOMMENDATIONS FOR ME AND THAT I WOULD BE NOTIFIED OF THE C.I.C.C. DECISIONS IN ONE TO TWO WEEKS. I LIKE TO NOTE THAT DURING THIS MEETING, I FAVORED ONE OF THE RECOMMENDATIONS GREATLY AND AFTER THE MEETING MRS. THOMAS SUGGESTED THAT I WRITE TO THE I.B.B.C. WITH SOME GOOD REASONS FOR ITS APPROVAL MIGHT HELP. I DID THIS LATER THAT DAY

(3) - 9-9-05, THERE WAS SOME CONFUSION TO WHY I WAS TRANSFERED TO THE GREENTREE PROGRAM (MIN. BLDG). COUNSELOR RAE BALLARD HOPED TO STRAIGHTEN THE MATTER OUT BY MONDAY.

(4) - 9-12-05, I WAS TOLD BY MRS. BALLARD THAT I WAS CLASSIFIED TO THE GREENTREE PROGRAM AND ASKED TO SIGN THE PROGRAMS CONTRACT AND IF I DID NOT SIGN, IT WOULD BE A REFUSAL TO PARTICIPATE CLASS ONE WRITE-UP. AT THIS TIME I WAS CONFUSED AND TRIED TO EXPLAIN TO THE COUNSELORS (RAE BALLARD & DREAMA SZUTENBACH) THAT OTHER RECOMMENDATIONS HAD BEEN MADE ON 9-2-05 AND THAT I HAD NO PROOF OF WHAT THE C.I.C.C. APPROVED ME FOR YET. I ALSO STATED THAT I WAS NOT REFUSING TO PARTICIPATE, BUT I ALSO WAS NOT SIGNING A THING UNTIL I KNEW WHAT WAS GOING ON. MRS. BALLARD SAID SHE SHOULD TALK TO HER SUPERIORS AND AFTER A FEW MINUTES RETURNED STATING THAT SHE WAS INFORMED THAT I WAS ONLY CLASSIFIED TO THE GREENTREE AND IF I STILL RE-FUSED TO SIGN, I WOULD BE TAKEN TO A.S.D.A. (HOLDING CELL) TO AWAIT THE WRITE-UP AND DISCIPLINARY HEARING. I FOUND IT HARD TO BELIEVE THAT I WAS ONLY CLASSIFIED TO GREENTREE, SO I DECLINED TO SIGN AND WAS THEN TAKEN TO A.S.D.A.,

(5)- 9-14-05, I RECEIVED THE DISCIPLINARY REPORT FOR THE VIOLATION:
1.29 REFUSAL TO PARTICIPATE IN CLASSIFIED TREATMENT PROGRAMS.
THIS WAS FILED BY COUNSELOR TERRY MILLER ON 9-12-05

(6)- 9-15-05, I EXPLAINED MY SITUATION, BUT TO NO AVAIL. HEARING
OFFICER LT. MELVIN HENNESSY FOUND ME GUILTY BASED ON THE
COUNSELORS REPORT. AT THIS POINT I BELIEVE THEY HAD ME IN
A CATCH 22 SITUATION AND SAW NO GAIN IN APPEALING. SANCTION
BEGAN LATER THAT DAY. TEN DAYS ISOLATED CONFINEMENT FOLLOWED
BY EIGHTY DAYS LOSS OF ALL PRIVILEGES.

(7)- 9-21-05, TO MY SURPRIZE - I RECEIVED MY NOTICE OF CLASSIFICATION
ASSIGNMENT. TWO THINGS I NOTICED RIGHT OFF. FIRST, THEY LIED.
THREE OTHER RECOMMENDATIONS BESIDES GREENTREE WERE APPROVED.
SECONDLY, THE C.I.C.C. DID NOT OFFICIAL APPROVE THEM UNTIL
9-14-05. THEREFORE I WAS NOT TECHNICALLY CLASSIFIED TO
THE GREENTREE ON 9-12-05. THE CHARGE I RECEIVED AND FOUND
GUILTY OF - REFUSAL TO PARTICIPATE IN CLASSIFIED TREATMENT
PROGRAMS WAS UNJUST AND FALSE.

(8)- 9-28-05, I FILED A GRIEVANCE

(9)- 10-26-05, I WAS RECLASSIFIED BY TERRY MILLER. I HAD TWO
POINTS AT MINIMUM STATUS. HE GAVE ME 7 POINTS FOR THE
WRITE-UP WHICH PUT ME AT MEDIUM STATUS WITH 9 POINTS.
I ALSO TOLD HIM I FILED A GRIEVANCE BECAUSE OF HIS
FALSE CHARGE ON ME. WITH NO INTEREST HE REPLIED IF THEY
REVERSE IT - THEY WILL LET ME KNOW.

(10)- 10-27-05, GRIEVANCE IS RETURNED AND WAS DEFINED AS
NON-GRIEVABLE BY S/LT. ATHLIAN

(11)- 10-30-05, HOPING TO COME TO A REASONABLE SOLUTION BEFORE
FILING A LAW SUIT I WRITE WARDEN RICK KEARNEY.

(12)— 11-3-05, I RECEIVED A MEMORANDUM FROM WARDEN KEARNEY.
I ALSO BELIEVE MRS. PAT DITTO RECEIVED A COPY. SHE IS HEAD
OF CLASSIFICATION. THE LAST LINE OF THE MEMO READS "THE
FACT THAT THE CLASSIFICATION WAS NOT FINALIZED UNTIL 9-14-05
HAS NO BEARING ON YOUR REFUSAL TO PARTICIPATE."

(13)— AGAIN I TRIED TO FIND A REASONABLE SOLUTION BEFORE FILING
SUIT BY TALKING TO MY COUNSELOR AT MEDIUM, MR. JAMES
DEEL (WHO WAS PRESENT AT THE I.C.R.) WAS NO HELP AT ALL. AT
THIS POINT I BELIEVE THAT THESE PEOPLE KNOW THEY ARE WRONG
BUT CHOOSE TO IGNORE THE SITUATION AT MY EXPENSE.

(14)— CLASSIFICATION PROCEDURES, ACCORDING TO A PROCEDURE MANUAL
IN THE LAW LIBRARY A SECTION TITLED — RECEPTION AND
DIANOSTIC UNIT PROCESS & CLASSIFICATION PROCEDURES
NUMBER 3.31A, NOT ONE OF THE COUNSELORS OR D.O.C.
STAFF ASSOCIATED WITH CLASSIFICATION IN MY CASE
FOLLOWED THESE PROCEDURES BY THE NUMBERS AND SOME NOT AT ALL.
THE IRRESPONSIBILITY OF THESE PEOPLE RESULTED IN MY RE-
CEIVING A UNJUST & FALSE CHARGE WHICH I WAS FOUND GUILTY OF.
THIS HAS AFFECTED MY WHOLE SENTENCE, FROM MY MINIMUM STATUS
TO A FLOW DOWN TO WORK RELEASE, EVEN MY PAROLE AND ALSO
MY HEALTH.

2.  TO BE AWARDED $20,000 FROM EACH DEFENDANT (KEARNEY, DITTO, MILLER, DEEL, THOMAS, HENNESSY)(1) NOT FOLLOWING THE CLASSIFICATION PROCEDURES WHICH RESULTED IN THE FALSE CHARGE (2) AFTER HAVING KNOWLEDGE THAT I WAS NOT OFFICIAL CLASSIFIED AT THE TIME THEY CHOSE NOT TO CORRECT THE SITUATION

3.  _____

    TO HAVE MY CLASSIFICATION STATUS RETURNED TO MINIMUM AND THE CHARGE REMOVED

    _____

    _____


I declare under penalty of perjury that the foregoing is true and correct.


Signed this ___16___ day of __MARCH_____, 2006.

____Glen Sloman_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

V..

NME GLEN SLOMAN   BLDG. M@-A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI # 023536

CLERK - U.S. DISTRICT COURT
LOCKBOX 18
844 N. KING STREET
WILMINGTON DE.
19801


PRIORITY
MAIL