IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLEN R. SLOMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-199-SLR |
| | ) |
| RICK KEARNEY, PAT DITTO, | ) |
| TERRY MILLER, JAMES DEEL, | ) |
| NANCY THOMAS, and MELVIN | ) |
| HENNESSY, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
MAY -5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

I, Glen R. Sloman, SBI #023536 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $13.83 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated MAY 8 , 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: MAY 3 , 2006.

_____ SBI# 023536
Signature of Plaintiff

I/M: G. Seaman   BLDG: MED-B
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI# 023556

U.S. POSTAGE PB2230370
$00.390   MAY 04 06
1576
7943
1305                  19947

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILM, DE.
19801-3570